UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA



FILED

JAN 1 3 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YA CHOU LEE,<br><br>　　　　　Defendant. | No. 2:13-CR-00163-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release YA CHOU LEE;

Case No. 2:13-CR-00163-KJM, from custody for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $

　　　　　___ Unsecured Appearance Bond

　　　　　___ Appearance Bond with 10% Deposit

　　　　　___ Appearance Bond with Surety

　　　　　___ Corporate Surety Bail Bond

_X_ (Other): Time Served

Issued at Sacramento, California on __1/13/20__, at __9:25am__

_____
Kimberly J. Mueller
United States District Judge