UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:13-CR-00163-KJM |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| YA CHOU LEE, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release YA CHOU LEE;

Case No. 2:13-CR-00163-KJM, from custody for the following reasons:

___Release on Personal Recognizance

___Bail Posted in the Sum of $

      __     Unsecured Appearance Bond

      __     Appearance Bond with 10% Deposit

      __     Appearance Bond with Surety

      __     Corporate Surety Bail Bond

__X__ (Other): Time Served


Issued at Sacramento, California on August 31, 2020, at 11:50 a.m.

_____
CHIEF UNITED STATES DISTRICT JUDGE